IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| KAMINO LLC | § |
| | § |
| VS. | §   No. 5:19cv58-JRG-CMC |
| | § |
| PANASONIC CORPORATION OF | § |
| NORTH AMERICA | § |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (Doc. #18). Pursuant to FED. R. CIV. P. 41(a)(2), the parties move to dismiss with prejudice all claims asserted by Plaintiff against Defendant in this action and all counterclaims asserted by Defendant against Plaintiff in this action. The parties agree that all attorneys' fees, costs of court, and expenses shall be borne by the incurring party. The Court finds the motion should be granted. Therefore, it is

**ORDERED** the Joint Motion to Dismiss With Prejudice (Doc. #18) is **GRANTED**. The Court further **ORDERS** that all claims and counterclaims in the above-styled case are dismissed with prejudice, and that all attorneys' fees, costs of court, and expenses shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So Ordered this**
**Sep 26, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE